# Exhibit C

| Search Criteria | Direct Matches | Deduplicated Family Matches |
|---|---|---|
| ((after w/5 shift) AND (before w/5 shift)) | 14 | 26 |
| (Beaton) | 2,082 | 4,262 |
| (clean) | 2,260 | 7,420 |
| (clock w/20 in) | 330 | 1,209 |
| (clock w/20 out) | 98 | 233 |
| (compensat*) | 3,787 | 8,812 |
| (discrim*) | 1,820 | 6,781 |
| ("Fair Labor Standards Act") | 3 | 3 |
| (FLSA) | 694 | 1,434 |
| (Lobrutto) | 5,626 | 11,106 |
| ("New York Labor Law") | 2 | 6 |
| (NYLL) | 1 | 2 |
| ("New York State Human Rights Law") | 2 | 5 |
| ("NYSHRL") | 1 | 2 |
| ("New York City Human Rights Law") | 4 | 6 |
| ("NYCHRL") | 3 | 5 |
| (nig*) | 11,836 | 25,691 |
| ("not paid") | 357 | 3,394 |
| ("not pay") | 321 | 3,669 |
| (notice) | 13,494 | 21,657 |
| (pre w/5 shift) | 5 | 15 |
| (post w/5 shift) | 0 | 0 |
| (punch) | 228 | 534 |
| (overtime) | 3,967 | 8,646 |
| (OT) | 4,271 | 11,484 |
| (rac*) | 7,209 | 18,613 |
| (Rawle) | 2,050 | 4,206 |
| (retain) | 2,061 | 6,232 |
| (round*) | 3,137 | 9,560 |
| (schedul*) | 21,500 | 33,046 |
| (shav*) | 1,878 | 4,857 |

2

| Search Criteria | Direct Matches | Deduplicated Family Matches |
|---|---:|---:|
| (spread) | 556 | 1,313 |
| (split w/20 shift) | 9 | 17 |
| (sweep*) | 396 | 737 |
| (time w/20 card) | 844 | 4,770 |
| (time w/20 sheet) | 929 | 4,601 |
| (terminat*) | 4,535 | 11,994 |
| (unpaid) | 1,820 | 5,814 |
| (wage*) | 2,532 | 8,807 |
| (wash*) | 7,739 | 17,052 |
| (work w/5 early) | 249 | 555 |
| (white) | 14,748 | 29,423 |
| **Total** | 62,926 | 84,129 |